IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WILLIAMS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>AMERICAN AIRLINES, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C-15-4223 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

      On September 18, 2015, the above-titled action was reassigned to the undersigned.

      To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed September 16, 2015, and all attachments thereto.

      **IT IS SO ORDERED.**

Dated: September 25, 2015

                                                       MAXINE M. CHESNEY<br>                                                       United States District Judge